The appellant complains that the following sentence from the opinion misstates the facts:
 "She [the defendant] understood from the beginning that the property was being conveyed to her."
The basis in the record for this sentence is the following from the Rule 10 (d) Statement of Evidence: "She knew she got a deed." Clearly, this conclusion precludes arguing that the defendant shared the plaintiff's misconception about the document in question. The plaintiff's contention that the defendant did not know about the deed at the time it was signed, if true, was simply a factor for the trial court to weigh.
OPINION EXTENDED; APPLICATION FOR REHEARING OVERRULED.
TORBERT, C.J., and MADDOX, JONES and SHORES, JJ., concur.